UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-107

No. 22-1726

ROLANDO ENRIQUE HERNANDEZ-MARTINEZ,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA

(Agency No. A216-210-914)

Present: MATEY, Circuit Judge

1. Unopposed Motion for Leave to File Brief of Amicus Curiae Center for Gender & Refugee Studies in Support of Petitioner

2. Unopposed Motion by Proposed Amicus Petitioner Center for Gender & Refugee Studies for Leave to File Addendum to Brief of Amicus Curiae

Respectfully,
Clerk/MS

_____ORDER_____

The foregoing motions are granted.

By the Court,

s/ Paul B. Matey
Circuit Judge

Dated:    August 31, 2022
MS/cc:   All counsel/parties of record